IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEREMY LOPEZ, individually and on behalf of all persons similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No. CIV-16-148-M |
| T/J INSPECTION, INC., ) ) | |
| Defendant. ) | |

## ORDER AND JUDGMENT

Before the Court is plaintiff's Unopposed Motion for Approval of the Settlement Agreement and Attorneys' Fees and Costs, filed March 17, 2017. Having thoroughly reviewed plaintiff's motion, the Court GRANTS plaintiff's Unopposed Motion for Approval of the Settlement Agreement and Attorneys' Fees and Costs [docket no. 57] and ORDERS as follows:

1. The Parties' Settlement Agreement is approved as fair, reasonable and adequate, and a fair and reasonable resolution of a *bona fide* dispute.

2. Plaintiff Jeremy Lopez is approved as the Representative of the Settlement Collective, and the proposed service award in the amount of $15,000.00 for his service to the Collective and in exchange for his additional released claims in favor of Defendant is approved.

3. The Angeion Group is approved as Settlement Administrator, and the costs of settlement administration, not to exceed $12,500.00, are approved.

4. Class Counsel's attorneys' fees in the amount of $666,666.67 and costs in the amount of $9,465.97 are granted and approved.

5. Plaintiff's FLSA collective action which was brought pursuant to 29 U.S.C. § 216(b) on behalf of "all current or former employees of T/J Inspection, Inc. (T/J Inspection) who

performed work in the United States at any time between February 13, 2013 and the date of the Court's approval of the settlement, who were paid pursuant to a daily rate compensation system" is hereby dismissed with prejudice against Defendant in accordance with the terms of the Settlement Agreement. The Court hereby enters final judgment in this case and there being no reason to delay entry of this final judgment, the Clerk of the Court is ordered to enter this final judgment forthwith pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

6. Without affecting the finality of this final judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, the named Plaintiff, the certified collective, and Defendant for purposes of supervising the implementation and enforcement of the Settlement Agreement, this Order, and all settlement administration matters.

**IT IS SO ORDERED this 12th day of April, 2017.**

*[Signature: Vicki Miles-LaGrange]*
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE